# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **v.** : | Cr. No. 21-mj-00210 (ZMF) |
| : | |
| **STEVE OMAR MALDONADO,** : | |
| : | |
| **Defendant.** : | |
| : | |

## ORDER

Before the Court is defendant's Motion to Temporarily Allow Travel. For the reasons set forth therein, it is hereby **ORDERED** that the motion is GRANTED; and it is further

**ORDERED** that all other provisions of the order Setting Conditions of Release entered on February 12, 2021, remain in effect.

DATE:

_____
ZIA M. FARUQUI
Magistrate Judge