# EXHIBIT A

# EXHIBIT A

# CERTIFICATION OF DEATH

STATE FILE NUMBER: 2020225004  
DATE ISSUED: DECEMBER 15, 2020  
DATE FILED: DECEMBER 15, 2020

## DECEDENT INFORMATION
NAME: EMILIO  MARTELL  MALDONADO  
DATE OF DEATH: DECEMBER 6, 2020   SEX: MALE   SSN: ▇▇▇   AGE: 093 YEARS  
DATE OF BIRTH: ▇▇▇   BIRTHPLACE: UTUADO, PUERTO RICO  
PLACE OF DEATH: INPATIENT  
FACILITY NAME OR STREET ADDRESS: HOLMES REGIONAL MEDICAL CENTER  
LOCATION OF DEATH: MELBOURNE, BREVARD COUNTY, 32901   COUNTY: BREVARD  
RESIDENCE: ▇▇▇  
OCCUPATION, INDUSTRY: STAFF SARGEANT, UNITED STATES ARMY   EVER IN U.S. ARMED FORCES? YES  
EDUCATION: HIGH SCHOOL GRADUATE OR GED COMPLETED  
HISPANIC OR HAITIAN ORIGIN? YES, PUERTO RICAN  
RACE: WHITE

## SURVIVING SPOUSE / PARENT NAME INFORMATION
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)  
MARITAL STATUS: MARRIED  
SURVIVING SPOUSE NAME: MARIA  D  QUIJA  
FATHER'S/PARENT'S NAME: RAMON  MALDONADO  
MOTHER'S/PARENT'S NAME: ROSA  MARTELL

## INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION
INFORMANT'S NAME: MARIA  DOLORES  MALDONADO  
RELATIONSHIP TO DECEDENT: SPOUSE  
INFORMANT'S ADDRESS: ▇▇▇  
FUNERAL DIRECTOR/LICENSE NUMBER: KATHLEEN KAUFFMAN, F047386  
FUNERAL FACILITY: AMMEN FAMILY CREMATION AND FUNERAL CARE - PALM BAY F418221  
950 MALABAR RD SE, PALM BAY, FLORIDA  32907  
METHOD OF DISPOSITION: REMOVAL FROM STATE  
PLACE OF DISPOSITION: CEMETERY NATIONAL DE PUERTO RICO  
BAYAMON, PUERTO RICO

## CERTIFIER INFORMATION
TYPE OF CERTIFIER: CERTIFYING PHYSICIAN  
TIME OF DEATH (24 HOUR): 1920  
CERTIFIER'S NAME: JAMES PAUL SHAFFER  
CERTIFIER'S LICENSE NUMBER: ME79932  
MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE  
DATE CERTIFIED: DECEMBER 15, 2020  
NAME OF ATTENDING PHYSICIAN (IF OTHER THAN CERTIFIER): NOT APPLICABLE

## CAUSE OF DEATH AND INJURY INFORMATION
MANNER OF DEATH: NATURAL  
CAUSE OF DEATH - PART I - AND APPROXIMATE INTERVAL: ONSET TO DEATH  
a. ▇▇▇ CHOLANGITIS   10 DAYS  
b. ▇▇▇   > 10 DAYS  
c.  
d.  

PART II - OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I:

AUTOPSY PERFORMED? NO   AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH?  
DATE OF SURGERY:   DID TOBACCO USE CONTRIBUTE TO DEATH? NO  
REASON FOR SURGERY:  
PREGNANCY INFORMATION: NOT APPLICABLE  
DATE OF INJURY: NOT APPLICABLE   TIME OF INJURY (24 HOUR):   INJURY AT WORK?  
LOCATION OF INJURY:  
DESCRIBE HOW INJURY OCCURRED:

PLACE OF INJURY:  
IF TRANSPORTATION INJURY, STATUS OF DECEDENT:   TYPE OF VEHICLE:

_Ken Jones_, STATE REGISTRAR   REQ: 2022192312

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.  
WARNING: THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THIS DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1947 (03-13)